IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CELL Film Holdings, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DOES 1-15, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in 2EA8,<br><br>   *Defendants.* | Case No.  4:16-cv-02544 |

### PLAINTIFF'S, CELL FILM HOLDINGS, LLC'S, CORPORATE DISCLOSURE STATEMENT

Plaintiff, CELL Film Holdings, LLC, is a limited liability company formed under the laws of the state of Delaware.

BD&P Company, LLC, a limited liability company formed under the laws of the state of California, owns CELL Film Holdings, LLC.

BD&P Company, LLC, is privately held by an individual.

Neither CELL Film Holdings, LLC nor BD&P Company, LLC is publicly traded.

Dated:  August 19, 2016

Respectfully submitted,
 /Joshua S. Wyde/
Joshua S. Wyde, Attorney-in-Charge
 Tex. State Bar No. 24060858
 S.D. Tex. Bar No. 873284
THE LAW OFFICE OF JOSHUA S WYDE
710 N. Post Oak Rd. Suite 105

Houston, TX 77024–3808
Tel: 713.482.1916
Fax: 713.466.6563
jwyde@wydelegal.com

Attorney for Plaintiff,
CELL Film Holdings, LLC