# EXHIBIT 1

## INTERNET PROTOCOL ADDRESSES

| File Name: | Cell.2016.HDRip.XViD-ETRG |
|---|---|
| File Hash: | 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 (SHA1) |
| ISP: | Comcast Communications Management, L.L.C. |

| No | IP | Port | Hit Date UTC | City | County |
|---|---|---|---|---|---|
| 1 | 73.136.137.199 | 41788 | 6/24/2016 8:26 | Spring | Harris |
| 2 | 73.155.146.50 | 46826 | 6/10/2016 21:48 | Houston | Harris |
| 3 | 73.155.49.51 | 57809 | 6/17/2016 19:19 | Richmond | Fort Bend |
| 4 | 73.166.149.149 | 32435 | 6/18/2016 23:50 | Kemah | Galveston |
| 5 | 73.206.120.197 | 56818 | 6/21/2016 17:27 | Texas City | Galveston |
| 6 | 73.232.13.11 | 59698 | 6/23/2016 8:04 | League City | Galveston |
| 7 | 73.232.30.123 | 37619 | 6/19/2016 4:03 | Stafford | Fort Bend |
| 8 | 73.232.81.4 | 31305 | 6/13/2016 3:33 | Houston | Harris |
| 9 | 73.232.86.204 | 11136 | 6/15/2016 5:53 | Houston | Harris |
| 10 | 73.255.125.102 | 37999 | 7/24/2016 4:43 | Houston | Harris |
| 11 | 73.255.26.168 | 11343 | 6/21/2016 22:16 | Houston | Harris |
| 12 | 73.32.13.115 | 57925 | 6/17/2016 10:23 | Pasadena | Harris |
| 13 | 73.32.56.134 | 50395 | 6/21/2016 8:05 | Katy | Harris |
| 14 | 73.6.195.166 | 41788 | 6/24/2016 8:26 | Baytown | Chambers |
| 15 | 73.76.177.212 | 28959 | 6/12/2016 18:20 | Houston | Harris |